IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRIS J. POOLE,　　　　　　　　　　　　　　　　　　CV. 04-1488-ST

　　　　　Plaintiff,　　　　　　　　　ORDER TO DISMISS

　　v.

BRENNAN MITCHELL,

　　　　　Defendant.

KING, District Judge.

　　On February 3, 2005, this court denied plaintiff's Application to Proceed *In Forma Pauperis* (#3). On February 9, 2005, the Order was returned to the court for lack of a current address.

　　Pursuant to Local Rule 83.10(a) and (b), every unrepresented party has a continuing responsibility to notify the clerk's office and all parties whenever they change their mailing address. When mail from the court to a party cannot be delivered due to the lack of a current address, and the failure continues for sixty (60)

1 - ORDER TO DISMISS

days, the court may dismiss the action.  Local Rule 83.12.  Because plaintiff has been without a current address for more than 60 days, this action is dismissed for lack of prosecution.

    IT IS SO ORDERED.

    DATED this __26th__ day of April, 2005.

                                       __/s/ Garr M. King__
                                          Garr M. King
                                          United States District Judge